**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Kimberly R. Arnal (SBN 200448)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714.384-6600 / F: 714.384.6601
eaguilera@aguileragroup.com
karnal@aguileragroup.com

Attorneys for Plaintiffs St. Paul Fire and Marine Insurance Company, St. Paul Mercury Insurance Company, Travelers Property Casualty Company of America, The Travelers Indemnity Company of Connecticut, Travelers Casualty Insurance Company of America, Fidelity and Guaranty Insurance Underwriters, Inc., and Fidelity and Guaranty Insurance Company, Inc.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ST PAUL FIRE AND MARINE INSURANCE COMPANY, et al.<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN SAFETY INDEMNITY COMPANY, et al.<br><br>Defendants. | CASE NO. 2:18-cv-06794-RGK -AS<br><br>**[PROPOSED] ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

///
///
///
///
///

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT, in accordance
2 with the stipulation of the parties, this action is hereby dismissed in its entirety without
3 prejudice.  Each party shall bear its own attorneys' fees and costs.  This Court VACATES
4 all pending dates and matters.  The clerk is directed to close this action.
5    IT IS SO ORDERED.

Dated: May 08, 2019

_____
HON. R. GARY KLAUSNER